1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11   JERRY A. BURTON,              )      NO. CV 11-1419-GW(CW)
                                   )
12              Petitioner,        )      JUDGMENT
                                   )
13              v.                 )
                                   )
14   D. ADAMS (WARDEN),            )
                                   )
15              Respondent.        )
     _____)

16

17        Pursuant to the concurrently filed Memorandum and Order, IT IS

18   HEREBY ADJUDGED THAT the petition is denied and dismissed.

19

20                                     _George H. Wu_____

     DATED: August 4, 2011

21                                     GEORGE H. WU
                                       UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28